UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEDICAL MUTUAL OF OHIO, INC.** | : | CIVIL ACTION NO. 05-CV-396 |
| | : | |
| *Plaintiff,* | : | Judge Lawrence F. Stengel |
| v. | : | |
| | : | |
| **GLAXOSMITHKLINE, PLC and** | : | |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION** | : | |
| | : | |
| *Defendants.* | : | |

**MEDICAL MUTUAL OF OHIO'S NOTICE OF JOINDER OF THE DIRECT
PURCHASER CLASS PLAINTIFFS' BRIEF IN OPPOSITION TO GSK'S MOTION
FOR RECONSIDERATION OF DENIAL OF SUMMARY JUDGMENT ON ALL
CLAIMS AND IN THE ATLERNATIVE FOR CERTIFICATION OF THE CASES FOR
APPEAL UNDER 28 U.S.C. § 1292(b)**

Plaintiff Medical Mutual of Ohio gives notice of its joinder in Direct Purchaser Plaintiffs'

Brief in Opposition to GSK's Motion for Reconsideration of Denial of Summary Judgment on all

Claims and in the alternative for Certification of the Cases for Appeal under 28 U.S.C. § 1292(b)

filed on April 26, 2010 in *In re Wellbutrin SR Antitrust Litigation*, Civil Action No. 04-5525,

Docket Number 254.

Respectfully submitted,

/s/ Shawn Rabin
Shawn J. Rabin
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
(214) 754-1900
(214) 754-1933 (fax)

COUNSEL FOR MEDICAL MUTUAL
OF OHIO, INC.

E. McCord Clayton, Esquire
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
(215) 568-1155
(215) 568-9319 (fax)

SUSMAN GODFREY L.L.P.

William Christopher Carmody, Esquire
Shawn J. Rabin, Esquire
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
(214) 754-1900
(214) 754-1933 (fax)

Neal S. Manne, Esquire
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366
(713) 654-6666 (fax)

RAWLINGS & ASSOCIATES

Mark D. Fischer, Esquire
1700 Waterfront Plaza
Louisville, Kentucky 40201
(502) 587-1279
(502) 584-8580 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing automatically to counsel of record.

/s/ Shawn Rabin
Attorney

1037288v1/008633

2